```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TAMMY SMITH, et al.,                :
                                    :
                Plaintiff,          :
                                    :   22 Civ. 746 (VM)
                                    :
        - against -                 :       ORDER
                                    :
PFIZER, INC.,                       :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint and other papers filed in this matter the Court noted that plaintiffs assert claims arising from loss they allegedly sustained by use of products manufactured, sold, or marketed by the defendant as Zantac. It therefore appears that this action relates to similar cases being adjudicated in <u>In re Zantac (Ranitidine) Products Liability Litigation</u> under MDL No. 2924 in the Southern District of Florida. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to transfer this action to the Southern District of Florida pursuant to 28 U.S.C. § 1404(a), so as to be coordinated and litigated as part of MDL No. 2924.

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         10 February 2022

_____
Victor Marrero
U.S.D.J.